No. 01–996. KIM v. WHITE, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 01–1011. MORALES ET AL. v. EVANS, SECRETARY OF COMMERCE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1013. ALBERTO RODRIGUEZ v. DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1026. MCCOLE v. RAILROAD RETIREMENT BOARD. C. A. 6th Cir. Certiorari denied.

No. 01–1027. CRAWFORD v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 01–1031. ORISAKWE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1032. BARTH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1034. BONILLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–1055. ROSANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–1072. MOSS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6342. SENGUPTA v. UNIVERSITY OF ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 01–6536. ROBINSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6615. BROWN v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–6749. PAYTON v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.